## WADE C. MOSELEY v. ROBERT S. FARRELL.

In calculating interest, the court followed the rule of adding interest until the first payment to the principal, and deducting the payment from the amount thus produced; and, if the balance exceeded $100, the district court had jurisdiction.

ERROR from Brazos. The case was tried before Hon. JOHN A. BUCKHOLTS, one of the district judges.

The only point in the case is stated with sufficient terseness by the chief justice. The question of jurisdiction was not raised in the court below, unless it was by general demurrer. There was no assignment of errors.

*Wade C. Moseley*, for plaintiff in error, argued that the credit reduced the debt under $100.

*Hill & Hill*, for defendant in error, suggested delay.

MORRILL, C. J.—The note sued on was due 24th June, 1862,

| | |
|---|---|
| Calling for | $116 66 |
| Interest to 24th October, 1868, at 10 per cent | 38 86 |
| | 155 52 |
| Paid 24th October, 1865 | 25 00 |
| Balance due | $130 52 |

This calculation shows that the district court had jurisdiction when the suit was brought. There is no error. The appeal was evidently taken for delay.

JUDGMENT AFFIRMED WITH DAMAGES.